UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IGOR PASISNITCHENKO, D.D.S., P.A.,

    Plaintiff,

                                      Case No.:

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL OF A CIVIL ACTION

COMES NOW, Defendant, SCOTTSDALE INSURANCE COMPANY (hereinafter "Scottsdale"), a foreign corporation, by and through counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby gives notice of removal of a civil action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale, alleging as follows:

1. On or about April 23, 2015, Plaintiff, Igor Pasisnitchenko, D.D.S., P.A., brought suit against Defendant, Scottsdale, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, where said action is now pending under Case Number CACE-15-006942, which is captioned, *Igor Pasisnitchenko, D.D.S., P.A. v. Scottsdale Insurance Company*.

2. On April 29, 2015, Plaintiff served the Chief Financial Officer of the State of Florida with the Summons, Complaint for Breach of Contract and Demand for Jury Trial, Designation of Primary and Secondary E-mail Addresses, Plaintiff's First Request for Production of Documents Served with the Complaint, Plaintiff's First Set of Interrogatories Served with the Complaint, Plaintiff's First Set of Interrogatories Served with the Complaint, and Memo.

3. On May 5, 2015, the Chief Financial Officer of the State of Florida sent, via electronic delivery, a copy of the Notice of Service of Process, Summons, Complaint for Breach of Contract and Demand for Jury Trial, Designation of Primary and Secondary E-mail Addresses, Plaintiff's First Request for Production of Documents Served with the Complaint, Plaintiff's First Set of Interrogatories Served with the Complaint, Plaintiff's First Set of Interrogatories Served with the Complaint, and Memo, to be served on Defendant, Scottsdale. A copy of the Notice of Service of Process, Summons, Complaint for Breach of Contract and Demand for Jury Trial, Designation of Primary and Secondary E-mail Addresses, Plaintiff's First Request for Production of Documents Served with the Complaint, Plaintiff's First Set of Interrogatories Served with the Complaint, Plaintiff's First Set of Interrogatories Served with the Complaint, and Memo are attached hereto as composite **Exhibit "A."**

4. Defendant, Scottsdale, is a corporation organized and existing under the laws of the State of Ohio, with its principal place of business is located in Columbus, Ohio. (See a printout from Sunbiz.com which is attached hereto as **Exhibit "B"**).

5. In the underlying Complaint, Plaintiff asserts a count for Breach of Contract for Covered Damages under an insurance policy issued by Scottsdale, alleging that its property "sustained accidental direct physical water damage" to its business property as a result of "accidental discharge of water", seeking damages and attorney's fees and costs. (See **Exhibit "A,"** Complaint ¶¶ 25, 26, 36).

6. The amount of controversy, including contractual damages and statutory attorney's fees for the only Defendant, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000). On or about March 14, 2014, Plaintiff submitted a Sworn Statement in Proof of Loss in the amount of $176,929.65 to Scottsdale. (See **Exhibit**

**"A,"** Complaint ¶ 10, and Sworn Statement in Proof of Loss attached to the Complaint as **Exhibit "B"**). On or about August 14, 2014, Scottsdale sent a Check to Plaintiff in the amount of $85,817.33 for the undisputed amount of the claim. (See proof of payment attached hereto as **Exhibit "C"**). Thus, the total amount remaining in dispute in this matter is $91,112.32.

7. Plaintiff's citizenship is completely diverse from the only Defendant. Upon information and belief, at the time of the commencement of the action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and since that time, Plaintiff was and is incorporated in the State of Florida. (See **Exhibit A**, Complaint, ¶ 2). Defendant, Scottsdale, is not a citizen of the State of Florida.

8. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. §1332(a) and (c), because Scottsdale is not a citizen of the State of Florida, and the amount in controversy for the only Defendant exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

9. Further, 28 U.S.C. §1441(a) provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

Therefore, because this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332, removal to this Court is proper, pursuant to 28 U.S.C. §1441(a).

10. On June 29, 2015, Defendant filed its Certification of Notice of Removal, Notice of Filing Notice of Removal, and Notice to Counsel of Removal of a Civil Action with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, copies are attached hereto as composite **Exhibit "D."**

WHEREFORE, Defendant, Scottsdale, prays that the above-styled action be removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

Dated: May 29, 2015.

Respectfully submitted,

/s/ Sarah B. Van Schoyck
Matthew L. Litsky, Fla. Bar No. 992194
matthew.litsky@phelps.com
Sarah B. Van Schoyck, Fla. Bar No. 70979
sarah.vanschoyck@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Attorneys for Defendant Scottsdale Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal of a Civil Action was served by E-mail on May 29, 2015 on all counsel of record on the Service List below:

s/ Sarah B. Van Schoyck
Attorney

## SERVICE LIST

David J. Pettinato, Esq.
dpettinato@merlinlawgroup.com
smerriett@merlinlawgroup.com
tbeach@merlinlawgroup.com
MERLIN LAW GROUP, P.A.
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
Attorneys for Plaintiff Igor Pasisnitchenko, D.D.S., P.A.

4